IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DELPHINA CARLO,
DEBORAH MILLER-CASTILLO,
RONALD MILLER, and
RANDALL MILLER,

    Plaintiffs,

v.                                                          No. 22-cv-0188 JFR/SMV

THE UNITED STATES OF AMERICA,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**    July 1, 2022, at 10:30 a.m. MDT

**Matter to be heard:**  Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is set for **July 1, 2022, at 10:30 a.m. MDT.**  Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings.  The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                                    **STEPHAN M. VIDMAR**
                                                    **United States Magistrate Judge**