IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DELPHINA CARLO,**
**DEBORAH MILLER-CASTILLO,**
**RONALD MILLER, and**
**RANDALL MILLER,**

    Plaintiffs,

v.                                                                          No. 22-cv-0188 JFR/SMV

**THE UNITED STATES OF AMERICA,**

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**     July 28, 2022, at 10:30 a.m. MDT

**Matter to be heard:**  Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is set for **July 28, 2022, at 10:30 a.m. MDT.** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                **STEPHAN M. VIDMAR**
                                **United States Magistrate Judge**