# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DELPHINA CARLO, Individually and as Personal
Representative of the Estate of DAVID MILLER,
DEBORAH MILLER-CASTILLO, RONALD MILLER,
and RANDALL MILLER,

      Plaintiffs,

vs.                              No. 1:22-cv-00188 DHU/SMV

THE UNITED STATES OF AMERICA,

      Defendant.

## ORDER GRANTING PLAINTIFFS UNOPPOSED MOTION FOR LEAVE TO AMEND THE COMPLAINT FOR NEGLIGENCE AND DAMAGES

WHEREAS this matter came before the Court on Plaintiffs' Unopposed Motion for Leave to Amend the Complaint for Negligence and Damages [Doc. 19], and the Court has found that good cause exists to grant the motion.

IT IS THEREFORE ORDERED that Plaintiffs are hereby granted leave to file the Amended Complaint and it shall relate back to the original filing pursuant to Fed. Civ. Pro. Rule 15.

IT IS SO ORDERED.

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

Approved as to form:

DAVIS KELIN LAW FIRM, LLC

Zackeree S. Kelin
127 Bryn Mawr Dr. SE
Albuquerque, NM 87106

Tel:     (505) 242-7200
Fax:    (505) 559-4808
E-mail: zkelin@daviskelin.com
*Attorneys for Plaintiff*

Roberto D. Ortega
US Attorney's Office-ABQ
District of New Mexico
Post Office Box 607
Albuquerque, New Mexico 87103
Roberto.ortega@usdoj.gov
*Attorneys for Defendant*